UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN HELS,

    Plaintiff,

v.

UNIVERSAL FIDELITY, LP,

    Defendant.

Case No. 2:09-cv-01092RSL

ORDER GRANTING WITHDRAWAL OF ATTORNEY FOR DEFENDANT

THIS MATTER having come before the Court on the Motion of counsel for the Defendant requesting that this Court permit withdrawal from representation of the Defendant Universal Fidelity, LP, in the above captioned matter, having reviewed the files and records herein, it is hereby

ORDERED that counsel for Defendant's Motion for Withdrawal is GRANTED.

Dated this 5th day of January, 2010.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING WITHDRAWAL OF
ATTORNEY FOR DEFENDANT - 1
(2:09-cv-01092-RSL)

FLOYD PFLUEGER & RINGER P.S.
300 TRIANON BUILDING. 2505
THIRD AVENUE
SEATTLE, WA 98121-1445
TEL 206 441-4455
FAX 206 441-8484